PD-1264-15

NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JESUS MIROLA

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

From Appeal No. 10-10-00181CR
Trial Court Case #F46009
413TH District Court of
Johnson County, Texas

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Jesus Mirola, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 413TH District Court of Johnson County, Texas of the offense of Indecency in Cause No. F46009, styled Jesus Mirola V. The State of Texas. The petitioner appealed to the 10TH Court of Appeals. The case was affirmed on August 20, 2015. Appellant then received a letter from Appellant's Appeal lawyer stating that "A PDR must be filed on or before September 24, 2015."

### II.

The present deadline for filing the Petition for Discretionary is September 24, 2015. The petitioner has not requested any extension prior to this request.

# III.

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until on or about September 3, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Patrick G. Barkman has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Petitioner is currently incarcerated in the Texas Department of Criminal Justice and has not had adequate time to research and prepare a Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 10-10-00181CR. A request of up to sixty (60) days.

Respectfully Submitted,

Jesus Mirola
Texas Department of Criminal
Justice-Institutional Division
TDCJ-ID #1935276
3872 FM 350 South
Livingston, Texas 77351

## CERTIFICATE OF SERVICE

This is to certify, that on September 16, 2015 a true and correct copy of the above and fore going document was served on the 10th Court of Appeals - Clerk - Sharri Roessler McLennan County Courthouse, 501 Washington Avenue, Rm 415. Waco, Texas; and also to, Johnson County District Attorney - Dale S. Hanna - 204 S. Buffalo Ave., Suite 209 - cleburne, Texas 76033, by U.S. mail

*Jesus Mirola #1935276*
Jesus Mirola #1935276

## INMATE'S DECLARATION

I, Jesus Mirola, TDCJ # 1935276, being presently incarcerated in the Polunsky Unit of the Texas Department of Criminal Justice in Polk County, Texas, verify and declare under penalty of perjury that the fore going statements are true and correct. Executed on this 18 day of September, 2015.

*Jesus Mirola #1935276*
Jesus Mirola #1935276